DECISIONS PER CURIAM, FROM OCTOBER 1, 1923, TO AND INCLUDING JANUARY 28, 1924, NOT INCLUDING ACTION ON PETITIONS FOR WRITS OF CERTIORARI.

No. 15, Original. October Term, 1922. COMMONWEALTH OF PENNSYLVANIA, v. STATE OF WEST VIRGINIA; and

No. 16, Original. October Term, 1922. STATE OF OHIO v. STATE OF WEST VIRGINIA. October 8, 1923. Petition for rehearing granted; and cases set for reargument on Monday, November 19 next, at the head of the call for that day. *Mr. Edward T. England,* Attorney General of the State of West Virginia, *Mr. Fred O. Blue, Mr. George M. Hoffheimer, Mr. Philip P. Steptoe* and *Mr. William S. John,* for defendant, in support of the petition. See *ante,* p. 350.

No. —. SHOOTERS ISLAND SHIPYARD COMPANY v. STANDARD SHIPBUILDING CORPORATION;

No. —. UNITED STATES v. STANDARD SHIPBUILDING CORPORATION; and

No. —. UNITED STATES v. STANDARD SHIPBUILDING CORPORATION. Motion for leave to file petition for appeals to the Circuit Court of Appeals for the Second Circuit submitted June 11, 1923. Decided October 8, 1923. Motion for leave to file petition for appeals herein denied. *Mr. Alfred A. Wheat,* Special Assistant to the Attorney General, for petitioners.

No. —, Original. UNITED STATES v. EDWIN L. GARVIN, JUDGE, DISTRICT COURT OF THE UNITED STATES FOR THE EASTERN DISTRICT OF NEW YORK. Submitted June 11, 1923. Decided October 8, 1923. Motion for leave to file petition for a writ of prohibition or mandamus herein